# PD-0648-16

NO._____

RODNEY EARL BURNETT            §      IN THE COURT OF
                              §
V.                            §      CRIMINAL APPEAL RECEIVED IN
                              §                      COURT OF CRIMINAL APPEALS
THE STATE OF TEXAS            §      OF TEXAS

PRO SE MOTION FOR EXTENSION OF TIME    **JUN 09 2016**
TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Abel Acosta, Clerk

COMES NOW THE Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS
JUN 10 2016
Abel Acosta, Clerk

1.   The style and number of this case in the Court of Appeals is: RODNEY EARL BURNETT V. THE STATE OF TEXAS, Appeal No.01-15-00533-CR.

2.   The Appellant was convicted of the felony offense of aggravated robbery.

3.   The conviction was affirmed in the Court of Appeals on May 12, 2016.

4.   The deadline for filing the Appellant's Petition for Discretionary Review in this Cause is June 11, 2016.

5.   An extension of time for a period os sixty (60) days is requested that would make the due date August 10, 2016.

6.   No prior request for an extension of time has been made.

1

7. The facts relied upon to show good cause for the requested extension are, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals, After the conviction was affirmed, the trial court refused to appoint counsel to file a Petition for Discretionary Review. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file Petition pro se or to seek legal assistance in filing the Petition.

WHEREFORE, PREMISES CONSIDERED, the Appellant/Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to August 10, 2016.

Respectfully submitted,

Rodney Burnett#2007578
Telford Unit
3899 State Hwy 98
New Boston, Tx 75570

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been mailed to Harris County District Attorney, 1201 Franklin Suite 600, Houston, Tx 77002-1923, on the 8th day of June, 2016.

Rodney Burnett

2